9

United States District Court
For The
Eastern District of Michigan
Southern Division

Coney Brock
  Plaintiff,

V.

Rn Nurse Cameron
In her Individual
Capacity
  Defendant

U.S. District
Court No: _____

Judge: _____

Case: 5:21-cv-12304
Judge: Levy, Judith E.
MJ: Grand, David R.
Filed: 08-26-2021
PRIS BROCK VS CAMERON (DP)

(1) <u>Complaint for Injunctive Relief</u>

This is a Civil Complaint for Injunctive Relief under Federal Rules of Civil Procedure 65(a) to (f) of the Medical Malpractice, And MCLA. Law. 29.2 MSA. 29.2 29.12 color of state Law Violation

(1) See Reverse Side

POOR QUALITY ORIGINAL

lations And Under Federal Color Of Law Violations by Federal Medical Malpractice Act 42 USCA 1395, 42 USCA 1346.

## Jurisdiction

(2) Under Federal Jurisdiction 28 USCA 1331, 28 USCA 1343 Due to the Violations for Medical Denial. 28 USCA 1332.

## Venue

(3) Under 28 USCA 1441 Venue is governed by Federal Legislative intent. See 28 USCA 1442.

## Plaintiff's Address

(4) Macomb Correctional Facility 34525 26 Mile Road, Lenox township Michigan 48048.

## Defendant's Address

(5) Macomb Correctional Facility 34525 26 Mile Road, Lenox township Michigan 48048.

(2)

Pharma Medical Center Pharmacy Employees of Oklahoma City, Oklahoma Diversion of Medicine and Prescription of Drugs is a defendant to the Civil Action. Jaw Does and Jane Does.

(6) <u>Statement of Facts and Claims</u> on the Approximate date and time of _____ Rn Nurse Cashen denied in giving me my medicine/medication for over reaction, pain and suffering or mental instability, mental hygiene and for control of my temper, and possible violence if not taken in a timely manner. Deliberate indifference to the Healthy Mental Stability with no medication, was a deliberate <u>act by Rn Nurse Cashen at the Present Correctional Facility Health Care Division.</u> The Health Care Call out was cancelled and I was sick, illness set in, pain, suffering, Nausea, Stomach pains and Mental Anguish languished for 9 Hours.

(3) See Reverse Side

to 24 Hours Until The Next Med-Line Run in 4-Block's Mini-Lab Room At The Hot Water dispenser. RN Nurse Cartier posed a Substantial Risk of Harm, posed a Great Risk of Harm in the total denial of my Medication per Policy PD 03.04.100, PD 03.04.125. This was a Life and Death Situation where No RN-Nurse was There to Renew my Mandatory Medication.

(2) The objective Component and Subjective Components of The Malicious Intent, Prod- -rate Intent to deny My Medication Under The Medical Malpractice Category to Very Clear by RN Nurse Cartier's Actions in denying my Medication.

Paragraphs 1 to 7 Demonstrate The Ob- -jective and Subjective Components of the Prudent Minds of RN Cartier in the Medi- -cal Malpractice and policy, Custom, Rules Violations of Medical Needs Denied Entirely.

[4]

(8) The Grievance's Was filed on the issue on RN Carmen for the Medicine denial that left me very sick, ill, and worried, and no medication was followed up. Policy P.D. 03.02.108 was violated. Still grievances by Warden of the Macomb Correctional Facility, Mrs. Nike, Never resolved the denial of Medicine for my Mental Problems. I'm Truly suffering from her cruelness, consistency in Non Violent Behavior.

(9) The Willful and Wanton Neglect, and Cruel and Unusual Punishment was committed by RN Nurse Carmen and the Intentional Denial of Medication. Policy P.D. 01.01.100 Duties and Responsibilities were denied by RN Nurse Carmen. Policy P.D. 03.03.130, was violated by the RN Nurse Carmen. See Policy 01.01.101.

Paragraphs 1 to 9 Demonstrates Defendants Constitutional Violations and Civil...

(5) See Reverse Side

(10) Defendants Do Not Have Qualified Immunity, Nor Quasi-Immunity, Nor Any Governmental Immunity for their intentional and deliberate actions in the denial of Medicine that Policy, Custom and Rule, Vague Violations. And in Lieu of pending Statement of Medicine Change, unauthorized to Taken by Rn-Nurse Ms. Carrier.

(11) The Law was Well Established at The time of The violation and Any Official Employed As a Medical Rn Nurse Such as Ms. Carrier.

(12) The Defendants Knew That The Constitutional Rights was Violated and deprived and should have known that the Constitutional Rights was being violated.

(13) By The Diverse Jurisdiction under MCLA 600.705; MSA 27a.715 Circuit Against Oklahoma City, Oklahoma who Has a Full Medical Nursing Contract By Nurse Carrier.

(6)

That the Diversity Jurisdiction in the Inter State Medical Subsidiary Division and Outside the State of Michigan as well as Forum Convenience Diversity Venue that Response to Suffer Medical Subsidiary Contract with the Oklahoma City, Oklahoma, Oklahoma City, Oklahoma Medical Supplier to the Michigan, Doing Medical Health Care Business With the Michigan Department of Corrections, Macomb Correctional Facility by Contract Under the Michigan Constitution II, I, (1963), Article II, I, (1963). See Mich. Con. 701, Mich 27, 101 for $175,000 ∞ Diversity Jurisdiction. Federal Diversity Jurisdiction 28 USCA 1332 $75,000 ∞ Unit to sue the Customers Contract Violation by Her Contractor See Michigan Constitution II, I (1963)

(7) See Reverse Side

Paragraphs 7 to 13 specifics Color of State Law and Color of Federal Law Violations Under Federal Medical Malpractice.

(14) Sworn Affidavits of Plaintiff Broell to Attached.

(8)

## Relief Requested

Wherefore, Plaintiff pray and request that the Court grant the Complaint for Injunctive relief on the Merits and to Conduct an evidentiary Hearing to Allow the Compensatory Damages In the Amount of $725,000.00 And $1.2 Million Dollars In Punitive Damages, $45,000.00 Nominal Damages, to issue a Restraining order on All Defendants and Preliminary Injunction, to Allow the Plaintiff to file Motion for Discovery of Evidence Also.

(9)

INCONSISTENT PAGE NUMBERS

